UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER MICHAEL
ARGUELLES,

    Plaintiff,

v.                                           Case No. 3:17cv805-LC-CJK

DAVID MORGAN, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 8, 2018 (doc. 9). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff's notice has been returned as undeliverable with no forwarding address.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of March, 2018.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**